JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>TALEGA MAINTENANCE CORPORATION, a California Non-Profit Corporation; and KIRK MELTON, an individual,<br><br>Defendants. | Case No. 8:25-cv-00156-JWH-JDE<br><br>**ORDER TO DISMISS COMPLAINT RESERVING JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Complaint Filed: January 28, 2025 |

Having considered the stipulation of counsel, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1.      This entire action, including the Complaint (Dkt. 1) and the First Amended Complaint (Dkt. 23) are **DISMISSED with prejudice**, with each of the parties to bear its own attorney's fees and costs.

2.      The Court reserves jurisdiction to enforce the Settlement Agreement pursuant to its inherent power.

**IT IS SO ORDERED.**

Dated: _____April 23_____, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS WHILE RESERVING JURISDICTION TO ENFORCE SETTLEMENT
2